AO-;0 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* <br> Hardiman, Thomas M. | 2. Court or Organization <br> U.S. District Court for the Western District of Pennsylvania | 3. Date of Report <br> August 1, 2006 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br> U.S. District Judge - Active | 5. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial __X__ Annual ___ Final | 6. Reporting Period <br> 01/01/05 to 12/31/05 |
|---|---|---|

| 7. Chambers or Office Address <br> 5260 U.S. Post Office & Courthouse <br> 700 Grant Street <br> Pittsburgh, Pa. 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |
| | |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| | |
| | |

RECEIVED 2005 AUG -7 A 10: 59 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2005 | The First City Company | |
| | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [ ] | NONE (No such reportable gifts.) | | |
| 1 | Academy of Trial Lawyers of Allegheny County | Honorary Membership | $ 500.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thomas M. Hardiman | August 1, 2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transact on) |
| ☐ NONE (No reportable income, | | | | | | | | | |
| 1 PNC Checking Account | A | Int. | L | T | | | | | |
| 2 ESB Bank Savings Account | A | Int. | M | T | | | | | |
| 3 PNC Money Market Account | C | Int. | M | T | | | | | |
| 4 Vanguard Prmcp Mut. Fund (MF) | A | Div. | K | T | | | | | |
| 5 Columbia Banc Common Stk (CS) | A | Div. | K | T | Merger(part.) | 12/8 | K | D | |
| 6 Evoxis Convertible Debt | | None | J | T | | | | | |
| | | | | | | | | | |
| WACHOVIA EQUITY ACCT. | | | | | | | | | |
| 7 Evergreen Money Market (MM) | D | Int. | N | T | | | | | |
| 8 Apria Healthcare Group CS | | None | J | T | | | | | |
| 9 Bank of America CS | A | Div. | J | T | | | | | |
| 10 BJ's Wholesale CS | | None | K | T | Sell | 3/01 7/26 | K | E | |
| 11 Borders Group CS | A | Div. | J | T | | | | | |
| 12 Cisco Systems CS | | None | J | T | Buy | 11/14 | J | | |
| 13 Citigroup CS | A | Div. | J | T | | | | | |
| 14 Coca-Cola CS | A | Div. | J | T | Buy | 11/2 | J | | |
| 15 Cooper Tire & Rubber CS | A | Div. | K | T | Buy | 11/16 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 1, 2006 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 16 Coventry Health Care CS | | None | J | T | Merger | 2/4 | J | | |
| 17 Direct TV CS | | None | K | T | Buy | 5/12 | K | | |
| 18 Fairchild Semiconductor CS | | None | K | T | | | | | |
| 19 Fannie Mae CS | A | Div. | J | T | | | | | |
| 20 First Health Group CS | | None | J | T | Merger | 2/4 | J | | |
| 21 Freescale Semiconductor B CS (Motorola spinoff) | | None | J | T | | | | | |
| 22 Hasbro CS | A | Div. | J | T | Buy | 1/3 | J | | |
| 23 Loews Corp. CS | A | Div. | J | T | Sell | 5/25 | K | D | |
| 24 Magellan Health Svcs. CS | | None | K | T | Buy | 4/28 | J | | |
| 25 Medco Health Solutions CS (Merck spinoff) | | None | J | T | Sell | 2/24 | J | A | |
| 26 Merck CS | A | Div. | K | T | Sell | 6/7 | J | A | |
| 27 Motorola Inc. CS | A | Div. | K | T | | | | | |
| 28 Newmont Mining CS | A | Div. | K | T | | | | | |
| 29 Nextel Comm. CS | | None | L | T | Merger | 8/17 | J | | |
| 30 Nokia Corp. ADR | A | None | K | T | | | | | |
| 31 Nucentrix Broadband CS | | None | J | T | Sell | 6/14 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 1, 2006 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 32   Peak Int'l CS | | None | J | T | | | | | |
| 33   Pfizer CS | A | None | J | T | | | | | |
| 34   PNC Financial Svcs CS | A | Div. | K | T | | | | | |
| 35   Sprint Corp. CS | A | Div. | K | T | Merger | 8/17 | J | | |
| 36   Tyco CS | A | Div. | K | T | Buy | 5/3 10/6 | K J | | |
| 37   United Online Inc. CS | B | Div. | K | T | | | | | |
| 38   UST Inc. CS | B | Div. | K | T | | | | | |
| 39   U. S. Treasury Bill | | None | M | T | | | | | |
| 40   Wal-Mart CS | A | Div. | J | T | Buy | 10/25 | J | | |
| 41   Waste Management CS | A | Div. | K | T | | | | | |
| 42   Wilson Leather Exp. CS | | None | J | T | Buy | 12/16 | J | | |
| | | | | | | | | | |
| WACHOVIA BOND ACCT. | | | | | | | | | |
| 43   Evergreen MMF | A | Int. | J | T | | | | | |
| 44   ABN Amro Cap VII | B | Int. | K | T | | | | | |
| 45   Duke Energy Pfd. Stk. (PF) | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No repo table income, assets, or transactions) | | | | | | | | | |
| 46  Ryder System Inc. PF | B | Div. | K | T | | | | | |
| 47  Safeco Cap PF | B | Div. | K | T | | | | | |
| 48  Franklin Biotech MF | A | Div. | J | T | | | | | |
| 49  Investment Co. MF | A | Div. | K | T | | | | | |
| 50  Putnam New Opp. MF | B | Div. | J | T | | | | | |
| 51  UnumProvident PF | B | Div. | K | T | | | | | |
| 52  Wash. Mut. Inves. MF | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| 401(k) ACCOUNT #1 | | | | | | | | | |
| 53  Principal MM | A | Int. | J | T | | | | | |
| 54  Principal Large Cap MF | A | Div. | K | T | | | | | |
| 55  Principal Med. Co. Bld MF | A | Div. | J | T | | | | | |
| 56  Principal Sm. Co. Grwth MF | A | Div. | J | T | | | | | |
| 57  Principal Int'l Stock MF | A | Div. | J | T | | | | | |
| 58  Principal Fin. Grp Inc. | A | Div. | J | T | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 401(k) ACCOUNT #2 | | | | | | | | | |
| 59 Merrill Lynch | A | Int. | J | T | | | | | |
| 60 Agere Sys Inc. Class A CS | | None | J | T | | | | | |
| 61 Agere Sys Inc. Class B CS | | None | J | T | | | | | |
| 62 Central Europe & Russia MF | A | Div. | J | T | Buy | 11/23 | | | |
| 63 Cisco Systems CS | | None | J | T | | | | | |
| 64 Citigroup CS | A | Div. | J | T | | | | | |
| 65 Connetics CS | | None | J | T | | | | | |
| 66 Dow Chemical CS | A | Div. | J | T | | | | | |
| 67 Dreyfus Premier Gr. Ch. MF | A | Div. | J | T | Sell | 11/23 | J | A | |
| 68 EMC Corp CS | | None | J | T | | | | | |
| 69 Ford Motor CS | A | Div. | J | T | | | | | |
| 70 General Electric CS | A | Div. | J | T | Buy | 11/23 | J | | |
| 71 Intel CS | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 1, 2006 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 72   Merck CS | A | Div. | J | T | | | | | |
| 73   Nektar Therapeutics CS | | None | J | T | | | | | |
| 74   Panacos Pharm. CS | | None | J | T | Buy | 1/11 | J | | |
| 75   Pfizer CS | A | Div. | J | T | | | | | |
| 76   Qwest CS | | None | J | T | | | | | |
| 77   Sirius CS | | None | J | T | | | | | |
| 78   Time Warner CS | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| TRUST #1 | | | | | | | | | |
| 79   PNC Trust Account | A | Int. | J | T | | | | | |
| 80   AMCAP MF | A | Div. | J | T | | | | | |
| 81   Fundamental Inv. MF | A | Div. | K | T | | | | | |
| 82   Growth Fund of America MF | A | Div. | K | T | | | | | |
| 83   Investment Co of America MF | A | Div. | J | T | | | | | |
| 84   New Perspective MF | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 85  Washington Mutual Inv. MF | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| TRUST #2 | | | | | | | | | |
| 86  PNC Trust Account | A | Int. | K | T | | | | | |
| 87  AMCAP MF | A | Div. | K | T | | | | | |
| 88  Fundamental Inv. MF | A | Div. | K | T | | | | | |
| 89  Growth Fund of America MF | A | Div. | K | T | | | | | |
| 90  Investment Co of America MF | A | Div. | K | T | | | | | |
| 91  New Perspective MF | A | Div. | K | T | | | | | |
| 92  Washington Mutual Inv. MF | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| TRUST #3 | | | | | | | | | |
| 93  PNC Trust Account | A | Int. | J | T | | | | | |
| 94  AMCAP MF | A | Div. | K | T | | | | | |
| 95  Fundamental Inv. MF | A | Div. | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 96  Growth Fund of America MF | A | Div. | L | T | | | | | |
| 97  Investment Co of America MF | A | Div. | K | T | | | | | |
| 98  New Perspective MF | A | Div. | K | T | | | | | |
| 99  Washington Mutual Inv. MF | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| TRUST #4 | | | | | | | | | |
| 100  PNC Trust Account | A | Int. | J | T | | | | | |
| 101  AMCAP MF | A | Div. | L | T | | | | | |
| 102  Fundamental Inv. MF | A | Div. | L | T | | | | | |
| 103  Growth Fund of America MF | A | Div. | L | T | | | | | |
| 104  Investment Co of America MF | A | Div. | L | T | | | | | |
| 105  New Perspective MF | A | Div. | L | T | | | | | |
| 106  Washington Mutual Inv. MF | B | Div. | L | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| REAL ESTATE PARTNERSHIPS | | | | | | | | | |
| 107 West Moon Twp. Assoc. | E | Dist. | M | U | | | | | |
| 108 Bensalem Realty Assoc. | F | Dist. | N | U | | | | | |
| 109 Vandergrift Assoc. | G | Dist. | N | U | Sell | 5/05 | M | M | Kallen Development |
| 110 FC Hyde Property Partners | A | Dist. | J | U | Sell | 5/05 | M | M | Kallen Development |
| 111 FC Robinson Partners | C | Dist. | J | U | Liquidated | 12/31 | J | A | repayment of investment 04 |
| 112 FC Treesdale Assoc. | A | Dist. | K | U | Liquidated | 12/31 | K | A | repayment of investment 04 |
| 113 Rodi Land Assoc. | D | Dist. | L | U | | | | | |
| 114 FC Donegal Assoc. | A | Dist. | J | U | | | | | |
| 115 First City GA Partners | E | Dist. | M | U | | | | | |
| 116 First City WV Partners | A | Dist. | J | U | | | | | |
| 117 Saddlebrook Associates | A | Dist. | J | U | Liquidated | 12/31 | J | A | |
| 118 McIntyre Square Associates | D | Dist. | M | U | | | | | |
| 119 FC Hampton LP | A | Dist. | K | U | Buy | 9/01 | K | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| SCHWAB ACCOUNT | | | | | | | | | |
| 120  Amer. Pwr. Conv. CS | A | Div. | J | T | Buy | 10/2 | J | | |
| 121  Bard CR Inc. CS | | None | J | T | Buy | 10/3 | J | | |
| 122  Becton Dickinson CS | | None | K | T | Buy | 10/3 | J | | |
| 123  BP PLC ADR | A | Div. | J | T | Buy | 10/3 | J | | |
| 124  Clarcor CS | | None | J | T | Buy | 10/3 | J | | |
| 125  Comcast CS | | None | J | T | Buy | 10/3 | J | | |
| 126  Dell CS | | None | J | T | Buy | 10/3 | J | | |
| 127  Dentsply CS | | None | J | T | Buy | 10/3 | J | | |
| 128  Emerson Elec. CS | A | Div. | J | T | Buy | 10/3 | J | | |
| 129  Exxon Mobile CS | A | Div. | J | T | Buy | 10/3 | J | | |
| 130  Gallagher Arthur CS | | None | J | T | Buy | 10/3 | J | | |
| 131  General Electric CS | | None | J | T | Buy | 10/3 | J | | |
| 132  IBM CS | A | Div. | J | T | Buy | 10/3 | J | | |
| 133  Ingersoll Rand CS | | None | J | T | Buy Sell | 10/3 10/26 | J J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 134  Johnson & Johnson CS | A | Div. | J | T | Buy | 10/3 | J | | |
| 135  Kimberly-Clark CS | | None | J | T | Buy | 10/3 | J | | |
| 136  Leggett & Platt CS | | None | J | T | Buy | 10/3 | J | | |
| 137  McGraw Hill CS | A | Div. | J | T | Buy | 10/3 | J | | |
| 138  Nokia CS | | None | J | T | Buy | 10/3 | J | | |
| 139  Pepsico CS | | None | J | T | Buy | 10/3 | J | | |
| 140  Pfizer CS | A | Div. | J | T | Buy | 10/3 | J | | |
| 141  Unilever CS | A | Div. | J | T | Buy | 10/3 | J | | |
| 142  3M CS | | None | J | T | Buy | 10/3 | J | | |
| 143  CBL & Assoc REIT | | None | J | T | Buy | 10/3 | J | | |
| 144  Liberty Property REIT | | None | J | T | Buy | 10/3 | J | | |
| 145  Schwab MM | A | Int. | J | T | Buy | 10/3 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _August 1, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

## FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# United States District Court

Western District of Pennsylvania
U. S. Post Office and Courthouse
Seventh Avenue and Grant Street
Pittsburgh, PA 15219

Thomas M. Hardiman
U. S. District Judge

Telephone (412) 208-7440
Fax        (412) 208-7447

August 31, 2006

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

     Re:    Amended Financial Disclosure Report for Calendar Year 2006

Dear Judge Smith:

    Enclosed please find one signed original and three copies of my Amended Financial Disclosure Report for Calendar Year 2005.

Very truly yours,



Thomas M. Hardiman
United States District Judge

Enclosures

| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978,*<br>*(5 U.S.C. App. §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)*<br>Hardiman, Thomas M. | 2. Court or Organization<br>U.S. District Court for the Western District of Pennsylvania | 3. Date of Report<br>August 1, 2006<br>Amended 8/30/06 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. District Judge - Active | 5. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br><br>01/01/05 to 12/31/05 |
|---|---|---|

| 7. Chambers or Office Address<br>5260 U.S. Post Office & Courthouse<br>700 Grant Street<br>Pittsburgh, Pa. 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions.) | |
| Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| X  NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | | |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 2005 | The First City Company | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| **[X]** 1 | **NONE** (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| **[ ]** | **NONE** (No such reportable gifts.) | | |
| 1 | Academy of Trial Lawyers of Allegheny County | Honorary Membership | $ 500.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| **[X]** 1 | **NONE** (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 1, 2006 Amended 8/30/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, | | | | | | | | | |
| 1 PNC Checking Account | A | Int. | L | T | | | | | |
| 2 ESB Bank Savings Account | A | Int. | M | T | | | | | |
| 3 PNC Money Market Account | C | Int. | M | T | | | | | |
| 4 Vanguard Prmcp Mut. Fund (MF) | A | Div. | K | T | | | | | |
| 5 Fulton Financial (CS) formerly Columbia Banc | A | Div. | K | T | Sell (part.) | 12/8 | K | D | |
| 6 Evoxis Convertible Debt | | None | J | T | | | | | |
| | | | | | | | | | |
| WACHOVIA EQUITY ACCT. | | | | | | | | | |
| 7 Evergreen Money Market (MM) | D | Int. | N | T | | | | | |
| 8 Apria Healthcare Group CS | | None | J | T | | | | | |
| 9 Bank of America CS | A | Div. | J | T | | | | | |
| 10 BJ's Wholesale CS | | None | | | Sell | 3/01 7/26 | K | E | |
| 11 Borders Group CS | A | Div. | J | T | | | | | |
| 12 Cisco Systems CS | | None | J | T | Buy | 11/14 | J | | |
| 13 Citigroup CS | A | Div. | J | T | | | | | |
| 14 Coca-Cola CS | A | Div. | J | T | Buy | 11/2 | J | | |
| 15 Cooper Tire & Rubber CS | A | Div. | K | T | Buy | 11/16 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 16  Coventry Health Care CS | | None | J | T | Merger | 2/4 | J | | |
| 17  Direct TV CS | | None | K | T | Buy | 5/12 | K | | |
| 18  Fairchild Semiconductor CS | | None | K | T | | | | | |
| 19  Fannie Mae CS | A | Div. | J | T | | | | | |
| 20  First Health Group CS | | None | J | T | Merger | 2/4 | J | | |
| 21  Freescale Semiconductor B CS (Motorola spinoff) | | None | J | T | | | | | |
| 22  Hasbro CS | A | Div. | J | T | Buy | 1/3 | J | | |
| 23  Loews Corp. CS | A | Div. | | | Sell | 5/25 | K | D | |
| 24  Magellan Health Svcs. CS | | None | K | T | Buy | 4/28 | J | | |
| 25  Medco Health Solutions CS (Merck spinoff) | | None | | | Sell | 2/24 | J | A | |
| 26  Merck CS | A | Div. | | | Sell | 6/7 | J | A | |
| 27  Motorola Inc. CS | A | Div. | K | T | | | | | |
| 28  Newmont Mining CS | A | Div. | K | T | | | | | |
| 29  Nextel Comm. CS | | None | L | T | Merger | 8/17 | J | | |
| 30  Nokia Corp. ADR | A | None | K | T | | | | | |
| 31  Nucentrix Broadband CS | | None | | | Sell | 6/14 | J | A | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Thomas M. Hardiman |
| Date of Report | August 1, 2006 Amended 8/30/06 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE**  (No reportable income, assets, or transactions) | | | | | | | | | |
| 32  Peak Int'l CS | | None | J | T | | | | | |
| 33  Pfizer CS | A | None | J | T | | | | | |
| 34  PNC Financial Svcs CS | A | Div. | K | T | | | | | |
| 35  Sprint Corp. CS | A | Div. | K | T | Merger | 8/17 | J | | |
| 36  Tyco CS | A | Div. | K | T | Buy | 5/3 10/6 | K J | | |
| 37  United Online Inc. CS | B | Div. | K | T | | | | | |
| 38  UST Inc. CS | B | Div. | K | T | | | | | |
| 39  U. S. Treasury Bill | | None | M | T | | | | | |
| 40  Wal-Mart CS | A | Div. | J | T | Buy | 10/25 | J | | |
| 41  Waste Management CS | A | Div. | K | T | | | | | |
| 42  Wilson Leather Exp. CS | | None | J | T | Buy | 12/16 | J | | |
| | | | | | | | | | |
| WACHOVIA BOND ACCT. | | | | | | | | | |
| 43  Evergreen MMF | A | Int. | J | T | | | | | |
| 44  ABN Amro Cap VII | B | Int. | K | T | | | | | |
| 45  Duke Energy Pfd. Stk. (PF) | A | Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1   Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  F=$50,001- $100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000  H1=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2   Value Codes: (See Col. C1, D3) | J=$15,000 or less  N=$250,001-$500,000  P3=$25,000,001-$50,000,000 | K=$15,001-$50,000  O=$500,001-$1,000,000 | L=$50,001-$100,000  P1=$1,000,001-$5,000,000  P4=More than $50,000,000 | M=$100,001-$250,000  P2=$5,000,001-$25,000,000 | |
| 3   Value Method Codes: (See Col. C2) | Q=Appraisal  U=Book value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 46 Ryder System Inc. PF | B | Div. | K | T | | | | | |
| 47 Safeco Cap PF | B | Div. | K | T | | | | | |
| 48 Franklin Biotech MF | A | Div. | J | T | | | | | |
| 49 Investment Co. MF | A | Div. | K | T | | | | | |
| 50 Putnam New Opp. MF | B | Div. | J | T | | | | | |
| 51 UnumProvident PF | B | Div. | K | T | | | | | |
| 52 Wash. Mut. Inves. MF | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| 401(k) ACCOUNT #1 | | | | | | | | | |
| 53 Principal MM | A | Int. | J | T | | | | | |
| 54 Principal Large Cap MF | A | Div. | K | T | | | | | |
| 55 Principal Med. Co. Bld MF | A | Div. | J | T | | | | | |
| 56 Principal Sm. Co. Grwth MF | A | Div. | J | T | | | | | |
| 57 Principal Int'l Stock MF | A | Div. | J | T | | | | | |
| 58 Principal Fin. Grp Inc. | A | Div. | J | T | | | | | |
| | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

spouse and dependent children. See pp. 34-57 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 401(k) ACCOUNT #2 | | | | | | | | | |
| 59 Dreyfus US Treasury MM | | | | | Sell | 1/1 | J | A | |
| 60 Merrill Lynch | A | Int. | J | T | Buy | 1/1 | J | | |
| 61 Agere Sys Inc. Class A CS | | None | J | T | | | | | |
| 62 Agere Sys Inc. Class B CS | | None | J | T | | | | | |
| 63 Central Europe & Russia MF | A | Div. | J | T | Buy | 11/23 | J | | |
| 64 Cisco Systems CS | | None | J | T | | | | | |
| 65 Citigroup CS | A | Div. | J | T | | | | | |
| 66 Connetics CS | | None | J | T | | | | | |
| 67 Dow Chemical CS | A | Div. | J | T | | | | | |
| 68 Dreyfus Premier Gr. Ch. MF | A | Div. | | | Sell | 11/23 | J | A | |
| 69 EMC Corp CS | | None | J | T | | | | | |
| 70 Ford Motor CS | A | Div. | J | T | | | | | |
| 71 General Electric CS | A | Div. | J | T | Buy | 11/23 | J | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,000-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII.  Page 6  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 72   Intel CS | A | Div. | J | T | | | | | |
| 73   Merck CS | A | Div. | J | T | | | | | |
| 74   Nektar Therapeutics CS | | None | J | T | | | | | |
| 75   Panacos Pharm. CS | | None | J | T | Buy | 1/11 | J | | |
| 76   Pfizer CS | A | Div. | J | T | | | | | |
| 77    Qwest CS | | None | J | T | | | | | |
| 78   Sirius CS | | None | J | T | | | | | |
| 79   Time Warner CS | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| TRUST #1 | | | | | | | | | |
| 80   PNC Trust Account | A | Int. | J | T | | | | | |
| 81   AMCAP MF | A | Div. | J | T | | | | | |
| 82   Fundamental Inv. MF | A | Div. | K | T | | | | | |
| 83   Growth Fund of America MF | A | Div. | K | T | | | | | |
| 84   Investment Co of America MF | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| **NONE**   (No reportable income, assets, or transactions) | | | | | | | | | |
| 85   New Perspective MF | A | Div. | J | T | | | | | |
| 86   Washington Mutual Inv. MF | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| TRUST #2 | | | | | | | | | |
| 87   PNC Trust Account | A | Int. | K | T | | | | | |
| 88   AMCAP MF | A | Div. | K | T | | | | | |
| 89   Fundamental Inv. MF | A | Div. | K | T | | | | | |
| 90   Growth Fund of America MF | A | Div. | K | T | | | | | |
| 91   Investment Co of America MF | A | Div. | K | T | | | | | |
| 92   New Perspective MF | A | Div. | K | T | | | | | |
| 93   Washington Mutual Inv. MF | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| TRUST #3 | | | | | | | | | |
| 94   PNC Trust Account | A | Int. | J | T | | | | | |
| 95   AMCAP MF | A | Div. | K | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 1, 2006<br>Amended 8/30/06 |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 96   Fundamental Inv. MF | A | Div. | K | T | | | | | |
| 97   Growth Fund of America MF | A | Div. | L | T | | | | | |
| 98   Investment Co of America MF | A | Div. | K | T | | | | | |
| 99   New Perspective MF | A | Div. | K | T | | | | | |
| 100  Washington Mutual Inv. MF | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| TRUST #4 | | | | | | | | | |
| 101  PNC Trust Account | A | Int. | J | T | | | | | |
| 102  AMCAP MF | A | Div. | L | T | | | | | |
| 103  Fundamental Inv. MF | A | Div. | L | T | | | | | |
| 104  Growth Fund of America MF | A | Div. | L | T | | | | | |
| 105  Investment Co of America MF | A | Div. | L | T | | | | | |
| 106  New Perspective MF | A | Div. | L | T | | | | | |
| 107  Washington Mutual Inv. MF | B | Div. | L | T | | | | | |
| | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| | | | | | | | | | |
| REAL ESTATE PARTNERSHIPS | | | | | | | | | |
| 108 West Moon Twp. Assoc. | E | Dist. | M | U | | | | | |
| 109 Bensalem Realty Assoc. | F | Dist. | N | U | | | | | |
| 110 Vandergrift Assoc. | G | Dist. | | | Sell | 5/05 | M | M | Kallen Development |
| 111 FC Hyde Property Partners | A | Dist. | | | Sell | 5/05 | M | M | Kallen Development |
| 112 FC Robinson Partners | C | Dist. | | | Liquidated | 12/31 | J | A | repayment of investment 04 |
| 113 FC Treesdale Assoc. | A | Dist. | | | Liquidated | 12/31 | K | A | repayment of investment 04 |
| 114 Rodi Land Assoc. | D | Dist. | L | U | | | | | |
| 115 FC Donegal Assoc. | A | Dist. | J | U | | | | | |
| 116 First City GA Partners | E | Dist. | M | U | | | | | |
| 117 First City WV Partners | A | Dist. | J | U | | | | | |
| 118 Saddlebrook Associates | A | Dist. | | | Liquidated | 12/31 | J | A | |
| 119 McIntyre Square Associates | D | Dist. | M | U | | | | | |
| 120 FC Hampton LP | A | Dist. | K | U | Buy | 9/01 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII.  Page 10  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| | | | | | | | | | |
| SCHWAB ACCOUNT | | | | | | | | | |
| 121  Amer. Pwr. Conv. CS | A | Div. | J | T | Buy | 10/2 | J | | |
| 122  Bard CR Inc. CS | | None | J | T | Buy | 10/3 | J | | |
| 123  Becton Dickinson CS | | None | K | T | Buy | 10/3 | J | | |
| 124  BP PLC ADR | A | Div. | J | T | Buy | 10/3 | J | | |
| 125  Clarcor CS | | None | J | T | Buy | 10/3 | J | | |
| 126  Comcast CS | | None | J | T | Buy | 10/3 | J | | |
| 127  Dell CS | | None | J | T | Buy | 10/3 | J | | |
| 128  Dentsply CS | | None | J | T | Buy | 10/3 | J | | |
| 129  Emerson Elec. CS | A | Div. | J | T | Buy | 10/3 | J | | |
| 130  Exxon Mobile CS | A | Div. | J | T | Buy | 10/3 | J | | |
| 131  Gallagher Arthur CS | | None | J | T | Buy | 10/3 | J | | |
| 132  General Electric CS | | None | J | T | Buy | 10/3 | J | | |
| 133  IBM CS | A | Div. | J | T | Buy | 10/3 | J | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 134 Ingersoll Rand CS | | None | | | Buy Sell | 10/3 10/26 | J J | A | |
| 135 Johnson & Johnson CS | A | Div. | J | T | Buy | 10/3 | J | | |
| 136 Kimberly-Clark CS | | None | J | T | Buy | 10/3 | J | | |
| 137 Leggett & Platt CS | | None | J | T | Buy | 10/3 | J | | |
| 138 McGraw Hill CS | A | Div. | J | T | Buy | 10/3 | J | | |
| 139 Nokia CS | | None | J | T | Buy | 10/3 | J | | |
| 140 Pepsico CS | | None | J | T | Buy | 10/3 | J | | |
| 141 Pfizer CS | A | Div. | J | T | Buy | 10/3 | J | | |
| 142 Unilever CS | A | Div. | J | T | Buy | 10/3 | J | | |
| 143 3M CS | | None | J | T | Buy | 10/3 | J | | |
| 144 CBL & Assoc REIT | | None | J | T | Buy | 10/3 | J | | |
| 145 Liberty Property REIT | | None | J | T | Buy | 10/3 | J | | |
| 146 Schwab MM | A | Int. | J | T | Buy | 10/3 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thomas M. Hardiman | August 1, 2006<br>Amended 8/30/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date __August 31, 2006__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544